N O S R A T I L A W
A PROFESSIONAL LAW CORPORATION
Omid Nosrati, Esq. (SBN 216350)
Rene Maldonado, Esq. (SBN 289739)
Victoria Felder, Esq. (SBN 304894)
1801 Century Park East, Ste. 840
Los Angeles, California 90067
Telephone: (310) 553-5630
Facsimile: (310) 553-5691
Email: omid@nosratilaw.com
Email: rene@nosratilaw.com
Email: victoria.felder@nosratilaw.com

Attorneys for Plaintiff,
NICHOLAS PAUL NEWBOULD

GORDON REES SCULLY MANSUKHANI, LLP
Marcue Isom Fitzsimmons, Esq. (SBN 226906)
Joy Jaeger Ehlers, Esq. (SBN 232637)
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
Email: misom@grsm.com
Email: jehlers@grsm.com

Attorneys for Defendant,
SOUTHWEST AIRLINES CO.

UNITED STATES DISTRCIT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS PAUL NEWBOULD, an Individual,<br><br>    Plaintiff,<br><br>     vs.<br><br>SOUTHWEST AIRLINES CO., a Texas corporation; JORDAN LACOVELLA, an individual; and DOES 1-10, inclusive.<br><br>    Defendants. | Case No. 2:22-cv-07190-JAK-MRW<br><br>**NOTICE OF SETTLEMENT AND JOINT STIPULATION TO SET ASIDE INFORMAL VIDEO CONFERENCE**<br><br>Complaint Filed: August 26, 2022<br>Trial:            Not Set |

1  Plaintiff Nicholas Paul Newbould ("Plaintiff") and Defendant Southwest Airlines Co. and
2  Defendant Jordan Lacovella ("Defendants") (collectively, the "Parties") hereby enter into this
3  Stipulation and Request for Entry of Order to Set Aside Informal Video Conference In Participation
4  of Upcoming Settlement Proceedings with reference to the following facts:

5  WHEREAS, on April 25, 2023 this court issued a minute order referring this case to
6  Magistrate Judge Wilner for settlement proceedings.

7  WHEREAS, in order to efficiently prepare for the settlement conference by the deadline that
8  the district judge ordered, Judge Wilner set up an informal video conference for May 4, 2023 at 10
9  a.m.

10  WHEREAS, on May 1, 2023, the parties attended successful private mediation with Hon. Jan
11  M. Adler, and the case was settled in principle.

12  NOW WHEREFORE, good case appearing, the Parties, by and through their respective
13  counsel of records, hereby stipulate and respectfully request the Court to set aside the informal video
14  conference in preparation for the settlement conference currently set for May 4, 2023 at 10 a.m.

15  All signatories listed, and on whose behalf the filing is submitted, including those below,
16  concur in the filing's content and have authorized the filing.

17  Dated: May 2, 2023

18  N O S R A T I L A W
     A PROFESSIONAL LAW CORPORATION

20  By:  /s/ Omid Nosrati
     Omid Nosrati, Esq.
     Rene Maldonado, Esq.
21   Victoria Felder, Esq.
     Attorneys for Plaintiff,
22   NICHOLAS PAUL NEWBOULD

24  Dated: May 2, 2023

     GORDON REES SCULLY
     MANSUKHANI, LLP

26  By:  /s/ Marcie Fitzsimmons
     Marcie Isom Fitzsimmons, Esq.
27   Joy Jaeger Ehlers, Esq.
     Attorneys for Defendant,
28   SOUTHWEST AIRLINES CO.