NOSRATILAW
A PROFESSIONAL LAW CORPORATION
Omid Nosrati, Esq. (SBN 216350)
Rene Maldonado, Esq. (SBN 289739)
1801 Century Park East, Suite 840
Los Angeles, California 90067
Telephone: (310) 553-5630
Facsimile: (310) 553-5691
Email: omid@nosratilaw.com
Email: rene@nosratilaw.com

Attorneys for Plaintiff,
NICHOLAS PAUL NEWBOULD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS PAUL NEWBOULD, an Individual,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>SOUTHWEST AIRLINES CO., a Texas corporation; JORDAN LACOVELLA, an individual; and DOES 1-10, inclusive.<br><br>　　　Defendants. | Case No. 2:22-cv-07190-JAK-MRW<br><br>[Assigned to the *Hon*. John A. Kronstadt]<br><br>**STIPULATION OF DISMISSAL [FRCP 41(A)]**<br><br>Complaint Filed:　August 26, 2022<br>Trial Date:　　　　None Set |

　　　Plaintiff NICHOLAS PAUL NEWBOULD and Defendant SOUTHWEST AIRLINES CO., hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: May 30, 2023

– 1 –
STIPULATION OF DISMISSAL [FRCP 41(A)]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOSRATILAW
A PROFESSIONAL LAW CORPORATION

By:*/s/ Rene Maldonado, Esq.*
OMID NOSRATI, ESQ.
RENE MALDONADO, ESQ.
Attorney for Plaintiffs,
NICHOLAS PAUL NEWBOULD

Dated: May 30, 2023

GORDON REES SCULLY MANSUKHANI, LLP

By:*/s/ Marcie Isom Fitzsimmons, Esq.*
Marcie Isom Fitzsimmons
Attorney for Defendant,
SOUTHWEST AIRLINES CO.

**FILER ATTESTATION**

I, Rene M. Maldonado, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct. Executed May 30, 2023.

By:*/s/ Rene Maldonado, Esq.*
RENE MALDONADO, ESQ.

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1801 Century Park East, Ste. 840, Los Angeles, California 90067.

On **May 30, 2023**, I served the foregoing document described as **STIPULATION OF DISMISSAL [FRCP 41(A)]** on the interested party in this action by:

 X  By electronic transmission through ECF and the below email addresses listed in the court's ECF Filing System.

    Marcie Isom Fitzsimmons, Esq.
    Joy Jaeger Ehlers, Esq.
    Gordon Rees Scully Mansukhani, LLP
    275 Battery Street, Suite 2000
    San Francisco, CA 94111
    Email: misom@grsm.com
    Email: jehlers@grsm.com

___ By mail. I am familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service, that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business. I am aware than on motion of the party served, service is presumed invalid if postal cancellation date is more than one day after date of deposit for mailing in affidavit.

___ By Email. By forwarding a portable document file to the email address shown after name and address above or on the attached service list.

___ By personal service. I delivered such envelope by hand to the offices of the addressee.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **May 30, 2023**, at Los Angeles, California.

                              *Rene M. Maldonado*
                              Rene M. Maldonado